Dismissed and Memorandum Opinion filed April 30, 2009








 

Dismissed
and Memorandum Opinion filed April 30, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00039-CR

____________

 

GARY HARRIS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
252nd District Court

Jefferson County,
Texas

Trial Court Cause No.
08-03347

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not issued an
opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Panel consists of Justices Seymore,
Brown, and Sullivan.

Do not publish C Tex.
R. App. P. 47.2(b).